EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Leopoldo Mercado Santini | 2006 TSPR 157<br><br>169 DPR _____ |

Número del Caso: TS-6388

Fecha: 20 de octubre de 2006

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Abogado del Peticionario:

Por Derecho Propio

Materia: Baja del Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Leopoldo Mercado Santini                TS-6388

RESOLUCION

San Juan, Puerto Rico, a 20 de octubre de 2006

Examinada la Moción Informativa del Colegio de Abogados de Puerto Rico, presentada el 3 de octubre de 2006, se autoriza al Lcdo. Leopoldo Mercado Santini a darse de baja voluntariamente de esa institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Jueza Asociada señora Fiol Matta no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo